UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYAL GLAUDE,
Plaintiff,

v.

WILLIAM LANDRUM, et al.,
Defendants.

Case No. 26-cv-09066-AGT

**SCREENING ORDER**

Re: Dkt. No. 1

Having granted Royal Glaude's *in forma pauperis* application, the undersigned now screens Glaude's complaint under 28 U.S.C. § 1915(e)(2)(B) and concludes that the complaint is deficient for the reasons identified below.

Glaude's complaint alleges that Defendants helped him obtain a federal housing subsidy intended for veterans (a HUD-VASH voucher). *Id.* at 3. In addition to that voucher, he alleges that Defendants separately enrolled him in the more generally available Housing Choice Voucher program. *Id.* at 4. Therefore, Glaude alleges that Defendants enrolled him in two duplicative subsidy programs, which is generally prohibited by the U.S. Department of Housing & Urban Development's regulations. *Id.* at 5. Although Glaude doesn't concretely allege what harm he suffered because of this dual enrollment, his pleadings suggest that his housing assistance has since been cut off. *Id.* at 7.

While the Court generally understands the grievance that Glaude wishes to pursue in this case, his complaint doesn't currently state a legal claim. Rule 8 of the Federal Rules of

Civil Procedure requires that a plaintiff make "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). To state a claim, a plaintiff can't only recite the facts at issue in their case. They must also state the specific laws the defendant has violated and the harm they have suffered from those violations. Here, while Glaude refers to laws and general legal principles within his complaint, he doesn't state the exact legal claims he wishes to pursue in his case. Where his complaint form directs him to "[n]ame the law or right violated," he has repeatedly written one Defendant's name. *See, e.g.*, Dkt. 1 at 4. Without reference to specific legal provisions and claims for relief, the Court can't understand what legal claims Glaude wants to pursue. *See* 28 U.S.C. § 1915(e)(2)(B)(ii) (requiring that courts screen *in forma pauperis* actions for ability to state a claim).

Glaude may file an amended complaint on or before **November 3, 2026**. If he doesn't do so, or if he files an amended complaint that fails to state a claim for relief, the undersigned will recommend that a district judge dismiss his case.

The Court refers Glaude to the Northern District of California's Legal Help Center, where lawyers provide free basic legal assistance to those representing themselves in federal court. Although Legal Help Center lawyers don't represent parties, they can explain court procedures, provide limited legal advice, and help prepare simple court filings. There are two Legal Help Center locations: one is at the San Francisco courthouse at 450 Golden Gate Avenue, and the other is at the Oakland courthouse at 1301 Clay Street. Glaude can schedule an appointment by calling 415-782-8982 or emailing FedPro@sfbar.org. Appointments are available in-person, by Zoom, or by telephone. More information can be found at https://cand.uscourts.gov/representing-yourself/free-legal-help-people-without-lawyers.

The Court also has a free guide, "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of a case. Glaude can access it online (https://cand.uscourts.gov/representing-yourself/pro-se-handbook) or in hard copy free of charge from the Clerk's Office.

**IT IS SO ORDERED.**

Dated: October 9, 2026

Alex G. Tse
United States Magistrate Judge